IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Devonte Lamb, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:17 CV 50158 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Amber Allen, et al. | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

On 2/19/2019 defendants Allen and Varga moved for summary judgment on the basis that the plaintiff failed to exhaust his administrative remedies. The plaintiff filed a statement that he will not oppose the motion, Dkt. 55, as well as a notice of voluntary dismissal in which he reports that his previous efforts to exhaust were deficient and that he has reinstituted the grievance procedure. In light of the defendants' motion for summary judgment and the plaintiff's representations in response, it is this Court Report and Recommendation that this case be dismissed without prejudice. Any objection to this order must be filed by 4/8/2019. Failure to object may constitute a waiver of arguments on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260 (7th Cir. 1989). (:02)

Date:  3/25/2019                                            /s/ Iain D. Johnston
                                                            U.S. Magistrate Judge