IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Devonte Lamb, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No: 17 C 50158 |
| Amber Allen, *et al.*, | ) ) ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [57] from the magistrate judge that defendants' unopposed motion for summary judgment [52] be granted and that this case be dismissed without prejudice. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R. This case is closed.

Date: 4/9/2019

ENTER:

_____
FREDERICK J. KAPALA

District Judge